UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                                    ORDER OF DISMISSAL
                                                                                    FOR
**Tronox Incorporated**                                          FAILURE TO PROSECUTE
                                                                           BANKRUPTCY APPEAL


-----------------------------------------------------X              21-CV-9486 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                               BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Summer Brooks
BANKRUPTCY DOCUMENT #: 9557

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

  _X_ FRBP 8009
  ___ Federal Rules of Civil Procedure (Rule _____)
  _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 28, 2022**                                           Vito Genna, Clerk
             New York, New York                                     U.S. Bankruptcy Court, SDNY

                                                                              By:   ___s/ Anatin Rouzeau____
                                                                                              Deputy Clerk

                                         ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 28_____ 20 22            _____
          New York, New York                               Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____            Ruby J. Krajick , Clerk
                                                                               District Court, SDNY

                                                                          By: _____
                                                                                       Deputy Clerk